FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 7 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-1730 MV |
| Plaintiff, ) | |
| ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| vs. ) | Possession with Intent to Distribute 1 |
| ) | Kilogram and More of Heroin. |
| **JOSE ANDRES RAMIREZ**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about April 7, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **JOSE ANDRES RAMIREZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 1 kilogram and more of a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
04/18/16 11:29AM